No. 09-1475. Aaron C. Boring, et ux., Petitioners v. Google, Inc.

562 U.S. 836, 131 S. Ct. 150, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 6057.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 362 Fed. Appx. 273.

No. 09-1477. Brotherhood of Maintenance of Way Employees Division, et al., Petitioners v. BNSF Railway Company, et al.

562 U.S. 836, 131 S. Ct. 151, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 5814.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 596 F.3d 1217.

No. 09-1479. Richard A. Simoneaux, Petitioner v. Mississippi.

562 U.S. 836, 131 S. Ct. 151, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 6093.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Mississippi denied.

Same case below, 29 So. 3d 26.

No. 09-1480. Peter F. Sutton, Petitioner v. Countrywide Home Loans, Inc.

562 U.S. 836, 131 S. Ct. 151, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 5971.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 417 Fed. Appx. 833.

No. 09-1482. Ancil N. Payne, Jr., et ux., Petitioners v. Commissioner of Internal Revenue.

562 U.S. 836, 131 S. Ct. 151, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 5984.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 357 Fed. Appx. 734.

No. 09-1483. Olga Dominguez Castro, et al., Petitioners v. Commonwealth of Puerto Rico, et al.

562 U.S. 836, 131 S. Ct. 152, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 5781.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Puerto Rico denied.

No. 09-1484. Earl Jordan, Petitioner v. United States.

562 U.S. 836, 131 S. Ct. 155, 178 L. Ed. 2d 38, 2010 U.S. LEXIS 6048.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 881.